PROB 12B
ED/AR (8/2002)

**United States District Court**

**for the**

**Eastern District of Arkansas**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 2 2010

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Korrine Alan James | Case Number: 4:05CR00327-002 SWW |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

Offense:        Aiding and Abetting the Distribution of 24.3033 Grams of Cocaine Base

Date of Sentence:   December 15, 2006

Sentence:       92 months Bureau of Prisons, 5 years supervised release, DNA testing, mandatory drug testing, substance abuse counseling, and $100 special penalty assessment

                46 months sentence reduction October 29, 2007

| | |
|---|---|
| Type of Supervision:   Supervised release | Date Supervision Commenced: September 24, 2009
Expiration Date: September 23, 2014 |
| Asst. U.S. Attorney: Pat Harris | Defense Attorney: Jerome Kearney |

U.S. Probation Officer:  Selina M. Earsa
Phone No.: 501-604-5258

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate and reside in a Residential Reentry Center for six months. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

### CAUSE

Mr. James' supervised release commenced on September 24, 2009. He satisfied his $100 special penalty assessment and his DNA testing during his incarceration. He currently resides with his grandmother in North Little Rock, Arkansas. He began employment with Good Ole' Days of Little Rock on October 15, 2009.

On October 22, 2009, a report was submitted to the Court reporting Mr. James admitted to the use of cocaine on September 26, 2009, and signed an admission of drug use form. At that time, he was referred to substance abuse treatment at the Recovery Centers of Arkansas in Little Rock, but on November 5, 2009,

Prob 12B                                    -2-                            Request for Modifying the
                                                                            Conditions or Terms of Supervision
                                                                            with Consent of the Offender

Name of Offender:  Korrine Alan James                    Case Number:  4:05CR00327-002 SWW

his treatment was transferred to the Family Service Agency of North Little Rock, Arkansas, per his request and reports that he lacked adequate transportation. At the time, this particular facility's treatment schedule was more conducive to Mr. James' employment schedule and transportation needs.

On December 28, 2009, a report was submitted to the Court reporting Mr. James failed to report for group treatment sessions on October 20 and 27, 2009; and November 21, 2009, and failed to call prior to his absences. He also failed to report for drug testing on November 9 and 23, 2009; and December 1, 2009. On December 9, 2009, he admitted to the use of alcohol on December 1, 2009. He also provided a false response to an inquiry by this officer when on November 25, 2009, Mr. James reported to this officer that he attended his scheduled substance abuse treatment session for November 21, 2009, and on December 1, 2009, and a Federal Program Noncompliance Form was received reflecting he failed to report for this treatment session.

He also associated with persons engaged in criminal activity and was present at a location where controlled substances are known to be illegally sold, used, distributed, or administered. According to an arrest report with the Little Rock Police Department, Special Investigations Division, on December 1, 2009, two Little Rock Police officers executed a search warrant regarding a male and female at the residence of 2403 South Spring Street, Little Rock, Arkansas, 72206. When the officers arrived, Korrine James was identified as one of the individuals present. During the search of the residence the following items were as recovered: approximately 4½ ounces of marijuana, 1 to 7 grams of cocaine, and 1 ounce of PCP. Two of the individuals present were arrested on drug charges, but no charges were filed against Mr. James. Detective Carrie Mauldin, provided further information regarding Mr. James' contact with law enforcement and Detective Mauldin reported that on the evening of December 1, 2009, when the officers arrived to execute the search warrant, Mr. James had a beer in his hand and she advised that some of the illegal substances reflected in the report were displayed in plain view of the individuals present at the residence. Mr. James also failed to report this contact with the Little Rock Police Department. On December 9, 2009, he admitted his contact with law enforcement, and that he knowingly associated with the male subject who was arrested on December 1, 2009, whom he was aware possessed a criminal history, admitted his use of alcohol on December 1, 2009, and his failure to report for drug treatment on November 21, 2009. He was also re-instructed to report for drug testing and substance abuse treatment accordingly. As a corrective response, his treatment was intensified to include one individual treatment session monthly with the first session scheduled for December 21, 2009, and he was also informed if his noncompliance continued, a modification of his conditions to include six months residential re-entry center placement would be requested.

Since that time, he failed to report for his scheduled individual session at the Family Service Agency on December 21, 2009, which was rescheduled for December 31, 2009. He again failed to report for this scheduled session, and it was rescheduled for January 6, 2010. He reported 20 minutes late for this scheduled session and it was rescheduled for January 13, 2010. He also failed to report for a group counseling session on January 2, 2010.

Additionally, he reportedly quit his job with Good Ole' Days on December 7, 2009, because the work was "too hard." He has been instructed to search for employment. On January 5, 2010, this officer inquired of an injury he received on December 25, 2009, in which he claims a female woman stabbed him. This officer inquired of the location of the stabbing and the name of the female in question and he refused to provide this information so this officer could assess possible law enforcement contact.

Prob 12B -3- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Korrine Alan James          Case Number: 4:05CR00327-002 SWW

Due to his continued noncompliance and failure to follow instructions, on January 12, 2010, Mr. James was offered the sanction of a residential reentry center placement. He agreed to have his term of supervised release modified to include a residential reentry center placement for up to six months. He signed the attached PROB 49, waiving his right to a hearing. Assistant Federal Public Defender Jerome Kearney was contacted and is in agreement with this modification.

| _____ | _____ |
| Selina M. Earsa | Pat Harris |
| U.S. Probation Officer | Assistant U.S. Attorney |
| Date: January 22, 2010 | Date: 2-1-10 |

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2-2-2010
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

SME:jkr

c: Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate and reside in a Residential Reentry Center for six months. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

Witness: _____        Signed: _____
U.S. Probation Officer                           Probationer or Supervised Releasee

_____
DATE