**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


UNITED STATES OF AMERICA

vs.                                NO.4:05CR00327-002 SWW

KORRINE ALAN JAMES

<u>**ORDER**</u>

The above entitled cause came on for hearing on government's petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions to revoke supervised release [docs #123, #125, #129, #130] are **granted** and the supervised release previously granted this defendant, hereby, is **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a **term of imprisonment of TEN (10) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Federal Correctional Facility located in Forrest City, Arkansas; and that defendant participate in non-residential substance abuse treatment during incarceration.

There will be **TWO (2) YEARS of supervised release** following the term of incarceration with the same terms and conditions initially imposed at

sentencing which include the following special conditions:

      1.  Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant  shall abstain from the use of alcohol throughout the course of any treatment.

      2.  The defendant shall participate and reside in a Residential Reentry Center for six months. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.

Defendant shall follow all standard conditions of supervised release.

The defendant is remanded to the custody of the U.S. Marshal Service for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 7th day of February 2011.

/s/Susan Webber Wright

United States District Judge