IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                          4:05CR00327-002   SWW

KORRINE ALAN JAMES                                              DEFENDANT

## ORDER

Pending before the Court is the defendant's motion to continue the June 19, 2013 hearing on the government's motion to revoke the supervision of above-named defendant until the pending charges in 4:12CR00112-001 BSM are resolved.

IT IS SO ORDERED that the defendant's motion to continue the revocation hearing [doc #171] is granted and the revocation hearing is rescheduled in Courtroom #389 on **WEDNESDAY, OCTOBER 2, 2013 at 1:00 p.m.**

IT IS SO ORDERED this 13th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE